SAM HOOPER v. THE STATE.

No. 1240.    Decided June 7, 1911.

Rehearing Denied June 23, 1911.

**Carrying Pistol—Statement of Facts.**

The County Court has no power to grant thirty days after adjournment
within which to file statements of fact and bills of exception. Twenty days
is the limit.

Appeal from the County Court of Nacogdoches. Tried below before
the Hon. F. P. Marshall.

Appeal from a conviction of unlawfully carrying a pistol; penalty,
a fine of $100 and sixty days confinement in the county jail.

The opinion states the case.

*V. E. Middlebrook,* for the appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, JUDGE.—The appellant was charged with un-
lawfully carrying a pistol, tried and convicted, and his penalty fixed
at a fine of $100 and sixty days imprisonment in the county jail.

The Assistant Attorney-General has made a motion to strike out
the statement of facts and bills of exception and not consider them
because they were filed more than twenty days after the adjournment
of the court. Court adjourned on February 4, 1911. The bills of
exception and statement of facts were not filed until March 4, 1911.
The court granted a thirty day order after adjournment of court for
filing bills of exception and statement of facts. It had no power or
authority to do this. Twenty days was the full time. See Davis v.
State, this day decided, and authorities there cited. The motion of
the Assistant Attorney-General is therefore sustained, and said state-
ment of facts and bills of exception are struck out and not con-
sidered.

There is no other question raised in the record that can be con-
sidered without a statement of facts and bill of exceptions. The

complaint and information, and proceedings under which appellant was convicted, are regular.

The judgment is therefore affirmed.

*Affirmed.*

[Rehearing denied June 23, 1911.—Reporter.]